FILED
DEC 1 1 2019 AM
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT



UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>SHELDON MORALES and<br>EDUARDO SANTANA | **UNDER SEAL**<br><br>No. 19 CR 850<br><br>Violations: Title 18, United States Code, Section 1957;<br>Title 21, United States Code, Sections 841(a)(1), 846, and 851 |

JUDGE ROWLAND
MAGISTRATE JUDGE FINNEGAN

### COUNT ONE

The SPECIAL JANUARY 2019 GRAND JURY charges:

1. Between no later than on or about February 12, 2019, and continuing until at least on or about September 16, 2019, in the Northern District of Illinois, Eastern Division, and elsewhere,

SHELDON MORALES and
EDUARDO SANTANA,

defendants herein, did conspire with each other, and others known and unknown to the Grand Jury, to knowingly and intentionally possess with intent to distribute and distribute a controlled substance, namely, 500 grams or more of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II Controlled Substance; a mixture and substance containing a detectable amount of fentanyl (N-phenyl-N-[1-(2-phenyethyl)-4-piperidinyl] propanamide), a Schedule II Controlled Substance; and a mixture and substance containing a detectable amount of cocaine, a Schedule II Controlled Substance, in violation of Title 21, United States Code, Section 841(a)(1);

In violation of Title 21, United States Code, Section 846.

2. With respect to SHELDON MORALES, the offense involved 400 grams or more of a mixture and substance containing a detectable amount of fentanyl (N-phenyl-N-[1-(2-phenyethyl)-4-piperidinyl] propanamide), a Schedule II Controlled Substance.

3. Before SHELDON MORALES committed the offense charged in this count, SHELDON MORALES had a final conviction for a serious drug felony, namely, a conviction in Case No. 11 CR 821 in the United States District Court for the Northern District of Illinois, for possession with intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1), for which he served more than 12 months' imprisonment and for which he was released from serving any term of imprisonment related to that offense within 15 years of the commencement of the instant offense.

4. Before EDUARDO SANTANA committed the offense charged in this count, EDUARDO SANTANA had a final conviction for a serious drug felony, namely, a conviction in Case No. 00CR1913401 in the Circuit Court of Cook County, Illinois, for manufacture or delivery of cocaine, in violation of 720 ILCS 570/401(a)(2)(a), for which he served more than 12 months' imprisonment and for which he was released from serving any term of imprisonment related to that offense within 15 years of the commencement of the instant offense.

## **COUNT TWO**

The SPECIAL JANUARY 2019 GRAND JURY further charges:

1. On or about March 1, 2019, at Evanston, in the Northern District of Illinois, Eastern Division, and elsewhere,

SHELDON MORALES,

defendant herein, did attempt to knowingly and intentionally possess with intent to distribute a controlled substance, namely, 500 grams or more of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II Controlled Substance; and 400 grams or more of a mixture and substance containing a detectable amount of fentanyl (N-phenyl-N-[1-(2-phenyethyl)-4-piperidinyl] propanamide), a Schedule II Controlled Substance, in violation of Title 21, United States Code, Section 841(a)(1);

In violation of Title 21, United States Code, Section 846.

2. Before SHELDON MORALES committed the offense charged in this count, SHELDON MORALES had a final conviction for a serious drug felony, namely, a conviction in Case No. 11 CR 821 in the United States District Court for the Northern District of Illinois, for possession with intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1), for which he served more than 12 months' imprisonment and for which he was released from serving any term of imprisonment related to that offense within 15 years of the commencement of the instant offense.

## **COUNT THREE**

The SPECIAL JANUARY 2019 GRAND JURY further charges:

On or about June 22, 2019, at Skokie, in the Northern District of Illinois, Eastern Division, and elsewhere,

SHELDON MORALES,

defendant herein, did knowingly engage in a monetary transaction in and affecting interstate and foreign commerce in criminally derived property of a value greater than $10,000, that is, the purchase of a 2009 Mercedes Benz CL 550, with Vehicle Identification Number WDDEJ86X99A016507, at a purchase price of $11,931 from O Enterprise Sales and Lease in Skokie, Illinois, such property having been derived from a specified unlawful activity, namely, the felonious buying and selling and otherwise dealing in a controlled substance, in violation of Title 18, United States Code, Section 1957.

# FORFEITURE ALLEGATION

The SPECIAL JANUARY 2019 GRAND JURY alleges:

1. Upon conviction of an offense in violation of Title 21, United States Code, Sections 841(a)(1) and 846, as set forth in this Indictment, defendant SHELDON MORALES shall forfeit to the United States, any property which constitutes and is derived from proceeds obtained, directly and indirectly, as a result of the offense; and any property used, and intended to be used, in any matter and part, to commit and facilitate commission of the offense, as provided in Title 21, United States Code, Section 853(a).

2. The property to be forfeited includes, but is not limited to:

    a. A personal money judgment in the amount of approximately $26,000,

    b. a 2006 Bentley Continental Flying Spur with Vehicle Identification Number SCBBR53W86C039599,

    c. a 2006 Range Rover HSE Sport with Vehicle Identification Number SALSF25406A934623,

    d. a 2006 Porsche Cayenne S, with Vehicle Identification Number WP1AB29P26LA60989, and

    e. a 2009 Mercedes Benz CL 550 with Vehicle Identification Number WDDEJ86X99A016507;

3. If any of the property described above, as a result of any act or omission by a defendant: cannot be located upon the exercise of due diligence; has been

transferred or sold to, or deposited with, a third party; has been placed beyond the jurisdiction of the Court; has been substantially diminished in value; or has been commingled with other property which cannot be divided without difficulty, the United States of America shall be entitled to forfeiture of substitute property, as provided in Title 21, United States Code, Section 853(p).

A TRUE BILL:

_____
FOREPERSON

_____
UNITED STATES ATTORNEY