UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>SHELDON MORALES, and EDUARDO SANTANA | No. 19 CR 850<br><br>Judge Mary M. Rowland |

## JOINT STATUS REPORT

The UNITED STATES OF AMERICA, by its attorney, JOHN R. LAUSCH, JR., United States Attorney for the Northern District of Illinois, and defendants SHELDON MORALES and EDUARDO SANTANA, by their attorneys, hereby submit this joint status report.

1. On November 7, 2019, MORALES was charged by complaint with attempting to possess with intent to distribute methamphetamine, in violation of 21 U.S.C. § 846. On December 11, 2019, the grand jury returned an indictment charging MORALES and SANTANA with one count of conspiring to possess with intent to distribute and distribute methamphetamine, fentanyl and cocaine, in violation of 21 U.S.C. § 846, and MORALES with an additional two counts: attempting to possess with intent to distribute methamphetamine, in violation of 21 U.S.C. § 846, and money laundering, in violation of 18 U.S.C. § 1957.

2. Both defendants are detained and have been remanded to the custody of the U.S. Marshal.

3. The government produced its initial Rule 16 discovery to MORALES' defense counsel on January 16, 2020, and made additional productions on February 4, 2020, and February 20, 2020. The government produced its initial Rule 16 discovery to SANTANA's defense counsel on December 19, 2019, and made an additional production on February 20, 2020. The government does not anticipate producing any further discovery.

4. There are no pending motions. No trial date has been set. Neither defendant has requested a change of plea hearing.

5. Defendant MORALES was recently assigned new counsel, and the government has agreed to reissue a full discovery production for her review. New counsel will need additional time to review this discovery and discuss the next steps with her client.

6. SANTANA's counsel recently sent SANTANA a new set of discovery discs, as the ones previously sent were not readable. In light of this and the heightened restrictions on in-person meetings due to the COVID-19 pandemic, defendant SANTANA and his counsel request more time to review and discuss discovery before decisions about motions, pleas or trial dates can be determined.

7. The parties will be prepared to submit a further status report in approximately 60 days, on December 29, 2020. The defense does not object to the exclusion of time between October 22, 2020, and December 29, 2020, under the Speedy Trial Act.

|  |  | Respectfully submitted, |
|---|---|---|
| /s/ *Holly N. Blaine* | | JOHN R. LAUSCH, JR. |
| HOLLY N. BLAINE | | United States Attorney |
| Attorney for defendant | | |
| Sheldon Morales | By: | /s/ *Jeannice W. Appenteng* |
| | | JEANNICE W. APPENTENG |
| /s/ *Steven Robert Shanin* | | CHARLES MULANEY |
| STEVEN ROBERT SHANIN | | Assistant United States Attorney |
| Attorney for defendant | | United States Attorney's Office |
| Eduardo Santana | | 219 South Dearborn Street |
| | | Chicago, Illinois 60604 |
| | | (312) 353-5300 |