UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | Case No. 19-CR-850 |
| v. | ) | Honorable Mary Rowland |
| | ) | Presiding Judge |
| SHELDON MORALES | ) | |

**DEFENDANT SHELDON MORALES' MOTION TO**
**FILE MOTION TO DISMISS AND EXHIBITS UNDER SEAL**

Now Comes the Defendant, SHELDON MORALES, by and through his attorney, JOSEPH R. LOPEZ, and respectfully moves this Honorable Court to enter an order and allow the defense to file his Motion to Dismiss under seal, and in support thereof, states as follows:

1. The trial is set to begin Monday, August 1, 2022.

2. There is good cause to believe that certain disclosures in the motion are protected by the protective order. This includes grand jury testimony and Application for Intercepts affidavits.

3. It would be in the best interest of justice to seal this these pleadings and exhibits.

WHEREFORE, the Defendant respectfully requests that this court enter an order granting him leave to file his Motion to Dismiss under seal.

Respectfully submitted,

*/s/Joseph R. Lopez*

Joseph R. Lopez
Lopez & Lopez, LTD.
Attorney No. 6186562
53 W. Jackson Blvd., Suite 1651
Chicago, IL 60604
(312) 922-2001

# **CERTIFICATE OF SERVICE**

I, Lisa M. Lopez, an attorney, certify that in accordance with FED. R. CRIM. P. 49, FED. R. CIV. P. 5, LR5.5, and the General Order on Electronic Case Filing (ECF), the foregoing document was served on May 19, 2022, pursuant to the District Court's system as to ECF filers.

Respectfully submitted,

*/s/Lisa M. Lopez*

Lisa M. Lopez
Lopez & Lopez, LTD.
Attorney No. 6301850
53 W. Jackson Blvd., Suite 1651
Chicago, IL 60604
(312) 922-2001