# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Case No. 19-CR-850 |
| v. ) | Honorable Mary Rowland |
| ) | Presiding Judge |
| SHELDON MORALES ) | |

## DEFENDANT'S EXHIBITS IN SUPPORT OF HIS MOTION TO DISMISS

Now Comes the Defendant, SHELDON MORALES, by and through his attorney JOSEPH R. LOPEZ, and submits the following in support of his Motion to Dismiss:

1. WIRES_002-00032

2. WIRES_002-00028

3. GJ 001-000071

4. GJ 001-000072

5. GJ 001-000055

6. GJ 001-000056

    Respectfully submitted,

    *s/Joseph R. Lopez*

Joseph R. Lopez
Lopez & Lopez, LTD.
Attorney No. 6186562
53 W. Jackson Blvd., Suite 1651
Chicago, IL 60604
(312) 922-2001

## CERTIFICATE OF SERVICE

I, Joseph R. Lopez, an attorney, certify that in accordance with Fed. R. Crim. P. 49, Fed. R. Civ. P. 5, LR5.5, and the General Order on Electronic Case Filing (ECF), the foregoing document was served on May 21, 2018, pursuant to the District Court's system as to ECF filers.

Respectfully submitted,

*/s/Joseph R. Lopez*

Joseph R. Lopez
Lopez & Lopez, LTD.
Attorney No. 6186562
53 W. Jackson Blvd., Suite 1651
Chicago, IL 60604   (312) 922-2001