1  purchase of a Range Rover from Omid Shahidpour?
2      A.    Yes.
3      Q.    Okay.  And is Sheldon Morales also
4  associated with that address through other
5  evidence, such as -- such as phone calls?
6      A.    Yes.
7      Q.    Okay.  And did law enforcement find a
8  substance with a net weight of 911.3 grams that
9  contained a detectable amount of fentanyl in
10 that package?
11     A.    Yes.
12     Q.    And did they then conduct a controlled
13 delivery of the package to the address with a --
14 with a -- essentially a tracking device on it to
15 determine when it was moved and opened?
16     A.    Yes.
17     Q.    And after, did they -- after learning
18 that the package had been moved, did they
19 execute a search warrant of the premises?
20     A.    Yes.
21     Q.    Where did they find the package?
22     A.    In the detached garage of the single
23 family residence.
24     Q.    Okay.  Was it -- was there also a gray
25 Dodge van in the -- in the garage that is