1  registered to Sheldon Morales?
2     A.    Yes.
3     Q.    Was Sheldon's sister, Emerald Morales,
4  found in the residence?
5     A.    Yes, she was.
6     Q.    And did she claim that she left it on
7  the table and didn't know how it got in the
8  garage?
9     A.    Yes.
10    Q.    Referring to the package, I mean?
11    A.    Yes.
12    Q.    And did -- was Sheldon's mother,
13 Loretta Morales, also located in the house?
14    A.    Yes.
15    Q.    And did she state that Sheldon had been
16 renting the property and would sleep there
17 frequently?
18    A.    Yes.
19    Q.    Okay.  That was September.  We've
20 talked about phone calls between February and
21 September of this year.  As part of your
22 investigation, did you also investigate the
23 purchase of a Mercedes Benz from Mr. Shahidpour
24 in June of this year?
25    A.    Yes.