DARIUS MORALES as the leader of the MORALES DTO. According to CS-1, CS-1 has known D. MORALES since childhood and has known the MORALES DTO to traffic in narcotics for over ten years. Specifically, S. MORALES, a known member of the Gangster Disciple street gang, established the MORALES DTO during the early 2000s, which includes individuals from the Black P Stone street gang and the Gangster Disciples street gang. S. MORALES was forced to relinquish control of the MORALES DTO upon his 2013 conviction and incarceration for distribution of a controlled substance.[2] As a result, S. MORALES' younger brother, D. MORALES, took over the day-to-day control of the MORALES DTO. CS-1 further provided that the MORALES DTO distributes narcotics in the 3300 block of Davis Street in Evanston and in the 7500 block of North Ridge Boulevard in Chicago, and elsewhere in Evanston and on the north side of Chicago. S. MORALES was released from prison in January 2018, and law enforcement officers believe that he and D. MORALES are

---

through controlled buys, including the purchase described in this Affidavit, surveillance, and information received from other confidential sources. Based on law enforcement's controlled buys and surveillance, CS-1 has proven reliable and truthful. CS-1 has one prior felony conviction for possession of a controlled substance. In approximately July 2017, CS-1 delivered a controlled substance to an undercover officer in connection with this investigation. CS-1 subsequently agreed to cooperate in exchange for consideration regarding these potential charges. As of August 10, 2018, the state prosecutor has advised that the state will not seek charges, in part due to CS-1 cooperation, and CS-1 has been so informed. CS-1 has not received any monetary compensation for cooperation in this investigation. On December 13, 2018, CS-1 was intercepted during a court-authorized wire intercept (authorized pursuant to an order entered by this Court on November 30, 2018) discussing a narcotics transaction for CS-1 to purchase narcotics from SHAVERS, which was not at law enforcement's direction. Accordingly, CS-1 has been deactivated as a confidential source.

[2] On May 1, 2013, S. MORALES was convicted and sentenced in federal court to 108 months' imprisonment for distribution of a controlled substance. He was released from prison on January 12, 2018.

WIRES_002-000032