1  Q.    Okay.  Now at the time this phone call
2  was happening at approximately 2:12 p.m., was
3  there surveillance outside the Davis Street
4  address?
5  A.    Yes.  There was law enforcement
6  surveillance out there.
7  Q.    Okay.  And did they observe Elashiba
8  Morales exit a vehicle while holding a cell
9  phone to her ear?
10 A.    Yes, they did.
11 Q.    Okay.  And did they then observe her
12 walk to the front of that house, 3300 Davis
13 Street, and -- where she was greeted by a
14 female?
15 A.    Yes.
16 Q.    Okay.  I am going to move forward to 45
17 seconds into the call and place another call
18 here.
19             (Whereupon, an audio
20              recording was played
21              for the Grand Jury.)
22 BY MR. MULANEY:
23 Q.    Okay.  I'm going to pause it there, did
24 Sheldon Morales make a reference to FedEx in
25 that call?