1    A.    Yes, he did.
2    Q.    Okay. And was there also a reference
3 to FedEx in the call he had with Co-Conspirators
4 A and B?
5    A.    Yes.
6    Q.    Okay. Was Co-Conspirator A at that
7 point trying to get in touch with the source of
8 supply to track down where the package was and
9 where it had been -- its online tracking
10 information?
11    A.    Yes.
12    Q.    Okay. So your understanding is there's
13 some confusion over the package being FedExed
14 versus UPS?
15    A.    Yes.
16    Q.    I'm going to skip ahead to two minutes
17 and 30 seconds into the call.
18            (Whereupon, an audio
19             recording was played
20             for the Grand Jury.)
21 BY MR. MULANEY:
22    Q.    Actually, that's -- I'm going to skip
23 it to three minutes and 38 seconds.
24            (Whereupon, an audio
25             recording was played