# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
### Eastern Division

UNITED STATES OF AMERICA
                          Plaintiff,

v.                                                 Case No.: 1:19–cr–00850
                                                     Honorable Mary M. Rowland

Sheldon Morales, et al.
                                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, August 1, 2022:

      MINUTE entry before the Honorable Mary M. Rowland as to Sheldon Morales, Eduardo Santana : For the reasons stated on the record, the Court ruled as follows: the Government's motion in limine to exclude argument or evidence of "outrageous government conduct" (Dkt. 135) is granted. Parties will not be allowed to introduce evidence of former DEA Agent Gomez or other law enforcement conduct. Defendant Santana's initial oral motion to provide a limiting instruction to the jury regarding the May and September 2019 packages is denied. Defendant Santana was given leave to file a motion with supporting case law by Friday, July 31, 2022 and did not do so. Santana later amended his motion to request that the jury be given an instruction in line with the Seventh Circuit's Pattern Instruction 3.11 Evidence of Other acts by defendant. Santana withdrew his request that a limiting instruction be given regarding the May and September 2019 packages. The Court will consider appropriate jury instructions at a later date. The Court takes Defendant Santana's motion provide a limiting instruction regarding the introduction of Government exhibit 301T (2/14 call with UM) under advisement. Parties are to submit any respective case law on the matter to the court at the start of trial tomorrow. Mailed notice. (dm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.